[Cite as *State v. Nicholson*, 2013-Ohio-1786.]

# Court of Appeals of Ohio

### EIGHTH APPELLATE DISTRICT
### COUNTY OF CUYAHOGA

## JOURNAL ENTRY AND OPINION
## No. 97873

## STATE OF OHIO

PLAINTIFF-APPELLEE

vs.

## JOHNATHAN NICHOLSON

DEFENDANT-APPELLANT

## JUDGMENT:
### APPLICATION DENIED

Cuyahoga County Court of Common Pleas
Case No. CR-506069
Application for Reopening
Motion No. 461214

**RELEASE DATE:** April 26, 2013

**FOR APPELLANT**

Johnathan Nicholson, pro se
Inmate No. 561-919
Trumbull Correctional Institution
P.O. Box 901
Leavittsburg, OH 44430


**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor

By: Kristen L. Sobieski
Assistant County Prosecutor
Justice Center, 8th Floor
1200 Ontario Street
Cleveland, OH   44113

TIM McCORMACK, J.:

{¶1}  Jonathan Nicholson has filed a timely application for reopening pursuant to App.R. 26(B).  Nicholson is attempting to reopen the appellate judgment that was rendered in *State v. Nicholson*, 8th Dist. No. 97873, 2012-Ohio-4591, which affirmed the trial court's denial of a postconviction motion to withdraw his plea of guilty to four counts of aggravated murder, four counts of aggravated robbery, and one count of attempted aggravated robbery.  We decline to reopen Nicholson's appeal.

{¶2}  The appeal in *Nicholson* concerned the trial court's denial of a postconviction motion.  However, an application for reopening, that is filed pursuant to App.R. 26(B), can only be employed to reopen an appeal from the judgment of conviction and sentence based upon a claim of ineffective assistance of appellate counsel.  *State v. Loomer*, 76 Ohio St.3d 398, 1996-Ohio-59, 667 N.E.2d 1209;  *State v. Waver*, 8th Dist. No. 97000, 2011-Ohio-6480.  Since App.R. 26(B) applies only to the direct appeal of a criminal conviction and sentence, it cannot be employed to reopen an appeal that dealt with the denial of a postconviction motion.

{¶3}  Accordingly, the application for reopening is denied.


TIM McCORMACK, JUDGE

MARY J. BOYLE, P.J., and
KENNETH A. ROCCO, J., CONCUR